IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01734-MSK-MJW

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

Plaintiff,

v.

SEAL SHIELD, LLC, a Florida Limited Liability Company, and
KLEARKASE, LLC, a Washington Limited Liability Company ,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Opposed Motion to Abate Order Setting Scheduling/Planning Conference (Docket No. 41) is DENIED. The Scheduling Conference remains set on September 24, 2013, at 9:30 a.m.

Date: September 5, 2013