IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01734-MSK-MJW

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

Plaintiff,

v.

SEAL SHIELD, LLC, a Florida Limited Liability Company, and
KLEARKASE, LLC, a Washington Limited Liability Company,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion for Protective Order to Stay Discovery Pending Ruling on the Motion to Dismiss [docket no. 27] and/or Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(A) [docket no. 69] (docket no. 70 ) is DENIED for the following reasons.

"A stay of discovery is generally disfavored in this District." Wason Ranch Corp. V. Hecla Mining Co., 07-cv-00267-EWN-MEH, 2007 WL 1655362, at *1 (D. Colo. June 6, 2007).  Moreover, in the applying the five pong test as outlined in String Cheese Incident, LLC v. Stylus Show, Inc., 02-cv-01934, 2006 WL 894955, at *2 (D. Colo. Mar. 30 ,2006), this court finds: (1) That plaintiff has an interest in proceeding expeditiously with discovery; (2) That defendants have not suggested any undue burden in proceeding with discovery.  The ordinary burdens associated with litigating a case do not constitute undue burdens for the purposes of a motion to stay discovery.  See Collins v. Ace Mortgage Funding, LLC, 08-cv-1709-REB-KLM, 2008 WL 4457850, at (*1 D. Colo. Oct. 1, 2008); (3) That this court has an interest in managing its caseload [i.e.docket] consistent with Fed. R. Civ. P. 1 and seeing that this case proceed expeditiously; and (4) That the interests of the non-parties and the public interests do not favor a stay of discovery.  Even if this case were to be transferred to another jurisdiction, discovery would need to take place and discovery conducted here in the District of Colorado could be transferred to the new jurisdiction.

Date: October 15, 2013