IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01734-MSK-MJW

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

Plaintiff,

v.

SEAL SHIELD, LLC, a Florida Limited Liability Company, and
KLEARKASE, LLC, a Washington Limited Liability Company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 96) is GRANTED, and the Stipulated Protective Order is APPROVED as amended in paragraphs 1 and 13.3 and made an Order of Court.

Date: October 30, 2013