# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  13-cv-01734-MSK-MJW | FTR - Courtroom A-502 |
| **Date:**   November 25, 2013 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| OTTER PRODUCTS, LLC, a Colorado Limited Liability Company, | Jennifer Seraphine James W. Beard  (by telephone) |
| Plaintiff(s), | |
| v. | |
| SEAL SHIELD, LLC, a Florida Limited Liability Company, and KLEARKASE, LLC, a Washington Limited Liability Company , | Gregory P. Hengber    (by telephone) James A. McCarthy, Jr.  (by telephone) |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   STATUS   CONFERENCE
**Court in Session:**   2:04 p.m.
Court calls case.  Appearances of counsel.

Status of the case is discussed.

It is noted Defendants' Motion to Dismiss [Docket No. 18] was filed regarding the Complaint. As an Amended Complaint has been filed, this motion is now moot.  Mr. McCarthy on behalf of Defendants makes an Oral Motion to Withdraw this Motion to Dismiss.  With no objections,

**It is ORDERED:**     Defendants' ORAL MOTION TO WITHDRAW Defendants' Motion to Dismiss [Docket No. 18] is GRANTED, and
Defendants' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND/OR IMPROPER VENUE [Docket No. **18,** filed August 05, 2013] is **WITHDRAWN** for reasons as set forth on the record.

Discussion is held regarding Defendants request to transfer case to the United States District Court for the Middle District of Florida, Orlando Division.  It is believed the Florida case was transferred to the Southern District of California.
Mr. McCarthy on behalf of Defendants makes an Oral Motion to Withdraw the Motion to Transfer Venue [Docket No. 69].  With no objections,

**It is ORDERED:**     Defendants' ORAL MOTION TO WITHDRAW Defendants' Motion to Transfer Venue [Docket No. 69] is GRANTED, and Defendants' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. 1404(A) [Docket No. **69,** filed October 02, 2013] is **WITHDRAWN without prejudice** for reasons as set forth on the record.

Defendants are granted leave to file a new motion to transfer venue if they wish.

Discussion is held regarding Plaintiff's Motion to Restrict Access [Docket No. 80].

**It is ORDERED:**     Defendants shall have up to and including **DECEMBER 09, 2013** within which to file a written RESPONSE to Plaintiff's Motion to Restrict Access to Portions of Defendants' Transfer Motion Filings  (D.I. 69-1, 69-2)  [Docket No. **80**, filed October 08, 2013].

**It is ORDERED:**     A   **TELEPHONIC STATUS CONFERENCE**   is set **JANUARY 27, 2014 at 1:30 p.m.**  (Mountain Time).

Plaintiff shall create the  conference call.  To ensure a more adequate connection, **parties shall use a Conference Operator**.   At least four (4) working days prior to the date set for the conference call, counsel for the plaintiff(s) shall call chambers (303) 844-2403 with the conference call-in telephone number and access code.  **No cell phones shall be used for the conference.**
Topics of discussion will include:
(1)    status of discovery - stipulation in place or moving forward with discovery
(2)    status of any outstanding motions


Hearing concluded.

**Court in recess:**    2:34 p.m.
Total In-Court Time 00:31

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119 or    Toll Free    1-800-962-3345.