IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01734-MSK-MJW

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

Plaintiff,

v.

SEAL SHIELD, LLC, a Florida Limited Liability Company, and
KLEARKASE, LLC, a Washington Limited Liability Company,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Joint Stipulation Regarding the Motion to Restrict Access (ECF No. 80) **(docket no. 107)** is **APPROVED** and **GRANTED** as follows.

It is **ORDERED** that the Defendants' Unopposed Motion to Strike Defendants' Transfer Motion Filings Filings (ECF Nos. 69 through 69-4) **(Docket No. 108)** is **GRANTED**, and therefore Docket Nos. 69 through 69-4 are hereby STRICKEN.

In their Stipulation (Docket No. 107), the parties further request that the court deny as moot Plaintiff's motion to restrict access (Docket No. 80) after Docket Nos. 69 through 69-4 have been stricken.  However, even though those documents are now stricken, they will not be deleted from the official court record and thus would be available for public access absent an order to restrict access.

It is thus further **ORDERED** that Plaintiff Otter Products, LLC's Motion to Restrict Access to Portions of Defendants' Transfer Motion Filings (D.I. 69-1, 69-2) **(Docket No. 80)** is **GRANTED** to the extent that Docket Nos. 69-1 and 69-2 shall be filed under Level 1 restriction until further order of the court.

Date: December 19, 2013